NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SAMSUNG ELECTRONICS CO., LTD.,
*Appellant*

**v.**

NETLIST, INC.,
*Appellee*

2025-1378

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00847.

**JUDGMENT**

MICHAEL HAWES, Baker Botts LLP, Houston, TX, argued for appellant. Also represented by LORI DING; THEODORE W. CHANDLER, Los Angeles, CA; ELIOT DAMON WILLIAMS, Washington, DC; PILSEON YOO, San Francisco, CA.

WILLIAM MILLIKEN, Sterne Kessler Goldstein & Fox PLLC, Washington, DC, argued for appellee. Also represented by RICHARD M. BEMBEN, RICHARD CRUDO.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 9, 2025
Date

Jarrett B. Perlow
Clerk of Court